

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2022

No. 04-21-00095-CV

**MEAT SUPPLY, LLC,**
Appellant

v.

**510 GOOD LATIMER, LLC,**
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-11151
Honorable Angelica Jimenez, Judge Presiding

## O R D E R

Sitting:  Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

Appellant's motion for rehearing and en banc reconsideration is DENIED. *See* TEX. R. APP. P. 49.3, 49.5.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of May, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court